■ EPSTEIN v LENOX HILL HOSPITAL.—Motion granted only insofar as to recall and vacate the order of this court entered on February 7, 1985 (108 AD2d 616) and its accompanying memorandum decision so as to permit movant to appear herein as an intervenor, with leave to submit to this court papers with respect to the appeal as indicated in the order of this court; and the cross motion for reargument and/or other relief is denied. Concur—Murphy, P. J., Kupferman, Fein and Milonas, JJ.